IN THE UNITED STATES DISTRICT COURT FOR THE

DISTRICT OF NEBRASKA

```
UNITED STATES OF AMERICA,      )
                               )
              Plaintiff,       )         8:10CR334
                               )
      v.                       )
                               )
RAMON MACIAS-ESPINOZA,         )         ORDER
                               )
              Defendant.       )
_____)
```

      This matter is before the Court on defendant's motion for permission to seal (Filing No. 117).  The Court finds the motion should be granted.  Accordingly,

      IT IS ORDERED that defendant's motion for permission to seal is granted.  The memorandum brief (Filing No. 118) shall remain sealed pending further order of the Court.

      DATED this 21st day of March, 2011.

                                        BY THE COURT:

                                        /s/ Lyle E. Strom
                                        _____
                                        LYLE E. STROM, Senior Judge
                                        United States District Court